```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DASHAWN WALTERS,

                Petitioner,

       -against-                           **ORDER**

                                                         18 CV 9793 (RMB)
UNITED STATES OF AMERICA,                 16 CR 339   (RMB)

                Respondent,
-----------------------------------------------------------X

        The Court respectfully directs Mr. Louis V. Fasulo to file a response to Petitioner's 28 U.S.C. § 2255 habeas petition, dated August 30, 2018, on or before February 28, 2020.

Dated: New York, New York
         February 10, 2020



                                                   **RICHARD M. BERMAN, U.S.D.J.**

**Copies Mailed By Chambers**