IN THE UNITED STATES DISTRICT COURT
Southern District of New York

DASHAWN WALTERS

        Movant,

—vs—    Original No: 16-cr-339

UNITED STATES OF AMERICA
        Respondent,

## MOTION FOR COMPASSIONATE RELEASE PURSUANT TO § 3582(c)(1)(A)(i) for extraordinary and compelling reasons.

Movant, DASHAWN WALTERS now moves to your honorable court seeking Compassionate release due to the Covid-19 Coronavirus Pandemic and all of the following compelling and extraordinary reasons within this motion.

---

Government to respond with input from BOP by July 24, 2020.

SO ORDERED:
Date: 7/9/2020
Richard M. Berman, U.S.D.J.

---

RECEIVED JUL 09 2020 — CHAMBERS OF RICHARD M. BERMAN, U.S.D.J.

To your honorable,

Sir I am writing you in hopes that you will grant me Compassionate release for all of the following extraordinary and compelling reasons pursuant to Section § 3582(C)(1)(A)(i). I have done 50% of my sentence as of now. I have chronic Health issues such as Asthma which exposes me to a greater risk of being infected by Covid-19 Coronavirus. Your honor I am at USP Victorville and there is no type of vaccine or medication to prevent me from catching the virus and if I did catch it they don't have proper medical staff here or Doctors to administer proper health care. I have been possitively programing as much as I can, doing psychology programs. We have been mostly lockedown for a couple of months because of the Pandemic. But I have Exhausted my Administrative Remedys with the Warden's office here but have recieved no answer in the 30 day period so I filed the 3582(C)(1)(A)(i) pro-se. I understand that it is up to the discretion of the Warden & Courts to release me or not but I have been staying out of trouble trying to lead a positive life behind bars which is a very hard thing to do because of the different types of people you have to deal with inside here. The Coronavirus Pandemic has taken a toll on my family. I have lost several family members due to the virus I also have Kids that need their father in their lives as a father figure which is a very important thing to me (my Kids) miss me and need me your honor

2

I am Asking for the Court to Excuse the Exhaustion of Administrative remedy requirements due to the fact that here we don't have a Unit Team present on a dailey basis like at other USP Correctional facilitys. In 3B-unit we don't have a Unit Manager, Case manager, or Counselor that is present at all on a dailey basis so I want the Court to know this is the reason why it is impossible to even get an su Answer to my request of the Warden to file a §3582(c)(1)(A) motion on my behalf for Compassionate release. The staff here are un-organized and they are short on-staff at USP Victorville due to the Corona-Virus Pandemic. The Court can call down here to 3B-unit at USP Victorville and you will see that No one is here most of the days. The Associate Warden left two months ago and the Warden never makes rands here at USP Victorville. Staff don't understand that them not being here to distribute Administrative Remedies to the inmates violates our right to file grievances and violates our Access to the Courts because a inmate has to be able to Exhaust all available Administrative Remedies First before he can file a §2241 or 3582(c)(1)(A)(i) motion or Lawsuit 1983 or Bivens lawsuit. Staff are Blatently denying our access to the Court but who can I tell except the Court about this blatent direct disregard for my rights at USP Victorville. So I am asking this Court to Excuse Exhaustion Requirements and Grant Compassionate Release I've done 50% of my time, I am a nonviolent offender and I am not a threat to society or a threat to anyone if released

Thankyou.

3

## Certificate of Service

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge under the laws of the Unitedstates, title 28 USC § 1746

Signed: Dashaum Walters

Unitedstates Penitentiary
USP Victorville
P.O. Box 3900
Adelanto Ca, 92301

This motion was placed in the USP mailing system on 6/19/20 and is deemed filed on such date.

## Relief Sought

☑ For Court to Grant Motion for Compassionate Release due to "Corona Virus Pandemic" Covid-19 subjection to prevent me from being subject to exposure of the virus inside a prison

4

(LEGAL MAIL)

Dashawn ~~[redacted]~~
United States Penitentiary
USP Victorville
P.O. Box 3900
Adelanto CA, 92301

10007-133099

SAN BERNARDINO CA 924
22 JUN 2020 PM 6 L

DISTRICT COURT
UNITED STATES COURTHOUSE
500 PEARL STREET, 6th Floor
New York, NY 10007
SDNY