UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dashawn Walters,
    Movant,

-v-                                16 Cr. 339

United States of America,
    Respondent.

### MOVANT'S MOTION SEEKING EMERGENCY RELEASE DUE TO THE COVID-19 VIRUS

COMES NOW, Movant, Dashawn Walters acting pro se, respectfully moves this Court seeking emergency release due to the COVID-19 virus, for the following reasons set forth.

#### A.) MOVANT FACES IMMUNE DANGER DUE TO THE COVID-19 VIRUS SPREADING IN U.S.P VICTORVILLE

Recently prison officers and inmates have been tested positive of the COVID-19 virus in U.S.P Victorville. Accordingly pursuant to title 18, U.S.C, section 4202, BOP have a duty of care to protect me. Movant faces immune danger from the COVID-19 virus due to movant's underlying health condition in which he has been diagnosed with asthma. Movant sought release from prison officials by filing for a compassionate release and there was no reply. At this prison, prison officials fail to adjudicate prisoners

-1-

administrative remedy request. Movant submitted an informal resolution (BP-8) on the matter of seeking a compassionate release and to no avail prison officials have failed to respond. Accordingly United States V. Perez, No. 17-cr-513-3, 2020 WL 1546422, at 1 (S.D.N.Y Apr 1, 2020)(Defendant's "exhaustion of the administrative process [under the First Step Act] can be waived in light of the extraodinary threat posed - in his unique circumstances - by the covid-19 pandemic").

WHEREFORE, Movant prays that this court takes the steps by granting Movant motion for relief.

Respectfully Submitted,

x *Dashawn Walters*
DASHAWN WALTERS
REG NO. 77746-054

U.S.P VICTORVILLE
P.O. Box 3900
ADELANTO, CA 92301

CERTIFICATION OF SERVICE

I HEREBY STATE THAT THE FOREGOING MOTION SEEKING EMERGENCY RELEASE DUE TO THE COVID-19 VIRUS WAS MAILED INTO THE CLERK OFFICE ON THIS 29 DAY OF September, 2020