UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DASHAWN WALTERS,

                         Petitioner,

    -v-

UNITED STATES OF AMERICA,

                         Respondent.
------------------------------------------------------------x

***DECISION & ORDER***

16 Cr. 339 (RMB)
18 Cv. 9793 (RMB)

In response to Walters' Motion to Compel Limited Discovery [Dkt. 79] ("Motion to Compel"), dated Aug. 30, 2018, the Clerk of the Court is respectfully requested to mail Dashawn Walters copies of the Sentencing Transcript, dated Nov. 16, 2017, the Plea Colloquy Transcript, dated July 17, 2017, the Indictment, dated May 16, 2017, the Superseding Information, dated June 15, 2017, and Presentence Report, revised August 31, 2017, and thereupon to close the Motion to Compel.

Walters is directed to file any amendments to his currently pending motions, which are **based upon his review of said documents**, on or before March 30, 2023.

Dated: New York, New York

       February 10, 2023

                                                                       RICHARD M. BERMAN, U.S.D.J.