**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
              Government,        :         16 CR. 339 (RMB)
                                                   :
   - against -                                  :         **ORDER**
                                                   :
                                                   :
DASHAWN WALTERS,                                   :
                                                   :
              Defendant.         :
-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, February 25, 2025 at 2:30 P.M. will take place in Courtroom 17B.


Dated: February 19, 2025
       New York, NY

                                         _____
                                            RICHARD M. BERMAN
                                                  U.S.D.J.