**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 16 CR. 339 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| DASHAWN WALTERS, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, February 25, 2025 at 2:30 P.M. is hereby rescheduled to Tuesday, March 25, 2025 at 2:00 P.M.

The proceeding will be held in Courtroom 17B.

Dated: February 24, 2025
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.