**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                    Government,   :   16 CR. 339 (RMB)
                                       :
       - against -                  :   **ORDER**
                                       :
DASHAWN WALTERS,                       :
                                       :
                    Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 24, 2025 at 10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 412 006 303#

Dated: June 18, 2025
       New York, NY

                                        */s/ Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                 **U.S.D.J.**