UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,   :   16 CR. 339 (RMB)
                                            :
        - against -               :   **ORDER**
                                            :
DASHAWN WALTERS,                           :
                                            :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 24, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 207 517 284#

Dated: September 10, 2025
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                      **U.S.D.J.**