**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                        :

            Government,      :      16 CR. 339 (RMB)

                        :

      - against -          :      **ORDER**

                        :

DASHAWN WALTERS,        :

                        :

            Defendant.      :
-------------------------------------------------------------x

        The supervised release hearing is scheduled for Thursday, October 30, 2025 at

9:00 A.M.

        On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

### [Join the meeting now](#)

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 162 987 04#

Dated: October 22, 2025
      New York, NY

                                  *Richard M. Berman*

                              **RICHARD M. BERMAN**
                                    **U.S.D.J.**