**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,       :

                   :

           Government,    :      16 CR. 339 (RMB)

                   :

      - against -        :      **ORDER**

                   :

DASHAWN WALTERS,        :

                   :

         Defendant.    :

-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 18, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 454 448 236#

Dated: December 10, 2025
      New York, NY

                           *Richard M. Berman*
                           **RICHARD M. BERMAN**
                              **U.S.D.J.**