**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                               :

                           Government,      :        16 Cr. 339 (RMB)

                        - against -        :        **ORDER**

                                  :

DASHAWN WALTERS,                                        :

                         Defendant.      :

-------------------------------------------------------------------x

The supervised release hearing is scheduled for January 29, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: January 22, 2026
      New York, NY

                                                          **RICHARD M. BERMAN**
                                                              **U.S.D.J.**