**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                     :

                      Government,                 :        16 Cr. 339 (RMB)

     - against -                             :        **ORDER**

DASHAWN WALTERS,                              :

                   Defendant.                  :

------------------------------------------------------------------x

       The supervised release hearing is scheduled for March 12, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
      New York, NY

                              **RICHARD M. BERMAN**
                                  **U.S.D.J.**