**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                        Government,                :        16 Cr. 339 (RMB)
                                                   :
        - against -                                :        **ORDER**
                                                   :
DASHAWN WALTERS,                                   :
                                                   :
                        Defendant.                 :
---------------------------------------------------------------x


        The supervised release hearing is scheduled for April 30, 2026 at 11:00 A.M. on

Microsoft Teams. The Court will send the link by email.


Dated: April 24, 2026
        New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**