**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                        Government,       :        16 Cr. 339 (RMB)
                                          :
        - against -                       :        **ORDER**
                                          :
                                          :
DASHAWN WALTERS,                          :
                                          :
                        Defendant.        :
-------------------------------------------------------------x


        The supervised release hearing previously scheduled for April 30, 2026 at 11:00 AM is

rescheduled to May 11, 2026 at 11:00 AM on Microsoft Teams. The Court will send the link by

email.


Dated: April 30, 2026
        New York, NY


                                        _____
                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**