**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                 Government,          16 Cr. 339 (RMB)

       - against -                **ORDER**

DASHAWN WALTERS,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The supervised release hearing is scheduled for May 11, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                               **RICHARD M. BERMAN**
                                  **U.S.D.J.**