**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,          :        16 CR. 339 (RMB)
                                                   :
                    - against -                    :        **ORDER**
                                                   :
DASHAWN WALTERS,                                   :
                                                   :
                              Defendant.           :
-----------------------------------------------------------------x


     The supervised release hearing is scheduled for Wednesday, June 24, 2026 at

11:00 A.M.

     The court will send the link via email.


Dated: June 17, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**