**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :         16 Cr. 339 (RMB)
                                             :
            - against -                      :         **ORDER**
                                             :
                                             :
DASHAWN WALTERS,                             :
                                             :
                        Defendant.           :
--------------------------------------------------------------x


The supervised release hearing previously scheduled for Wednesday, June 24, 2026 at 11:00 AM is rescheduled to Thursday, July 15, 2026 at 9:00 AM on Microsoft Teams. The Court will send the link by email.

Dated: June 24, 2026
       New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**