**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
Government, : 16 Cr. 339 (RMB)
:
- against - : **ORDER**
:
DASHAWN WALTERS, :
:
Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for September 8, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**