**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Government,<br><br>- against -<br><br>DASHAWN WALTERS,<br><br>Defendant. | : | 16 CR. 339 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Tuesday, October 13, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: October 7, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**